MOTION FOR VOLUNTARY DISMISSAL

Kristina Wood
10585 Marne Road
Nashport, OH 43830
614-400-4917
Woodk552@me.com

United States Bankruptcy Court
Southern District of Ohio

In Re: Kristina Wood,
Case No: 25-50605
Chapter 13

# MOTION FOR VOLUNTARY DISMISSAL

Comes now the Debtor, Kristina Wood, and respectfully requests that this Court grant a voluntary dismissal of the above-referenced Chapter 13 bankruptcy case.

## Reason for Dismissal:

Debtor is able to pay the debts outside of the bankruptcy.

## Request:

Wherefore, Debtor respectfully requests that this Court enter an order granting the Debtor's motion for voluntary dismissal of this Chapter 13 bankruptcy case.

## Respectfully submitted,

Kristina Wood



**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL**

ed delivery date specified for domestic use.

stic shipments include $100 of insurance (restrictions apply).*

Tracking® service included for domestic and many international destinat

l international insurance.**

used internationally, a customs declaration form is required.

does not cover certain items. For details regarding claims exclusions see the
lail Manual at http://pe.usps.com.

national Mail Manual at http://pe.usps.com for availability and limitations of coverage.

T RATE ENVELOPE
TE ■ ANY WEIGHT

CKED ■ INSURED


00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

---

**UNITED STATES POSTAL SERVICE® | Click-N-Ship®**

usps.com    9405 5301 0935 5118 3089 96 0087 5001 0004 3215
$8.75
US POSTAGE

P

U.S. POSTAGE PAID
Click-N-Ship®



03/17/2025    Mailed from 43830    120068742451504

**PRIORITY MAIL®**

KRISTINA WOOD
RV
10585 RAIDERS RD
NASHPORT OH 43830-9793

RECEIVED
03/19/2025
Flat Rate Envelope
RDC 03
C012

MAR 21 2025

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT


US BANKRUPTCY COURT SOUTHERN DISTRI
170 N HIGH ST
COLUMBUS OH 43215-2417

**USPS TRACKING #**


9405 5301 0935 5118 3089 96

25-50605





